Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel: 619/7581891
Fax: 619/296-2013
dkirkpatrick@sessions.legal

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEUNG, KING WA,<br><br>                    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., and DOES 1 through 10, inclusive,<br><br>                    Defendant. | Case No.<br><br><br>NOTICE OF REMOVAL |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, NCO Financial Systems, Inc., now known as EGS Financial Care, Inc. ("NCO"), through undersigned counsel, hereby removes this action from the Superior Court of the State of California for the County of Alameda, to the United States District Court for the Northern District of California.

In support of this Notice of Removal, NCO states as follows:

1. Plaintiff, King Wa Leung, originally commenced this action by filing a Complaint against NCO in the Superior Court of the State of California for the County of Alameda, where it is presently captioned as *King Wa Leung v. NCO Financial Systems, Inc.*, and Does 1 through 10, inclusive, Case No.: RG16825974. No further proceedings before the state court have occurred.

2. In the complaint, plaintiff alleges statutory causes of action against NCO. A true and correct copy of plaintiff's summons & complaint are attached hereto as Exhibit A.

3. Plaintiff accuses NCO of violating the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, et seq. and state law.

4. NCO received plaintiff's Summons and Complaint on September 1, 2016.

5. This Court has jurisdiction over plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claims are founded on a claim or right arising under the laws of the United States.  This court has supplemental jurisdiction over plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which NCO received plaintiff's complaint. *See* 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to the Superior Court of the State of California for the County of Alameda. *See* Exhibit B.

8. Written notice of this Notice of Removal of this action is being caused to be served on the plaintiff.

WHEREFORE, defendant, NCO Financial Systems, Inc., now known as EGS Financial Care, Inc., gives notice that this action is removed from the Superior Court of the State of California for the County of Alameda, to the United States District Court for the Northern District of California.

1 | Dated September 30, 2016          Respectfully submitted,

*/s/ Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick, *Esq.*
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP
*Attorney for Defendant,*
*NCO Financial Systems, Inc.*