L. Paul Mankin, IV (SBN 264038)
THE LAW OFFICE OF PAUL MANKIN
4655 Cass St., Ste. 112
San Diego, CA 92109
800-219-3577
Fax: 323-207-3885

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KING WA LEUNG, | ) Case No. 4:16-cv-05585-DMR |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| and DOES 1 through 10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

    NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted this 16th day of November 2016.

By: /s/L. Paul Mankin
L. Paul Mankin
The Law Office of L. Paul Mankin IV
Attorney for Plaintiff

---

**NOTICE OF SETTLEMENT**
-2-

| | |
|---|---|
| 1 | Filed electronically on this 16th day of November 2016, with: |
| 2 | United States District Court CM/ECF system |
| 3 | |
| 4 | Notification sent electronically via the Court's ECF system to: |
| 5 | Honorable Donna M. Ryu<br>United States District Court |
| 6 | Northern District of California |
| 7 | |
| 8 | Kirsten H. Smith, Esq.<br>Sessions, Fishman, Nathan & Israel, L.L.P. |
| 9 | 1545 Hotel Circle South, Ste. 150<br>San Diego, CA 92108 |
| 10 | Attorney Defendant |
| 11 | |
| 12 | This 16th day of November 2016 |
| 13 | /s/L. Paul Mankin |
| 14 | L. Paul Mankin |

**NOTICE OF SETTLEMENT**

-3-